RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Victor Alfonso Cabada-Landeros

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ALFONSO CABADA-LANDEROS,<br><br>Defendant. | Case No. 2:19-cr-004-APG-VCF<br><br>**STIPULATION TO WAIVE SPECIAL ASSESSMENT**<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Victor Alfonso Cabada-Landeros, that the $100.00 special assessment be waived.

Mr. Cabada-Landeros pled guilty to one-count of being a deported alien found in the United States without the benefit of a plea agreement. This Court accepted Mr. Cabada-Landeros's guilty plea and sentenced him to one year and one day in custody. As part of his sentence, the Court imposed a $100.00 special assessment. Upon further discussion, the parties

jointly recommend the Court waive the special assessment due to Mr. Cabada-Landeros's indigency.

DATED this 19th day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Andrew Wong<br>_____<br>ANDREW WONG<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 22, 2019.